## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-0566-CV-W-ODS |
| ) | |
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF WEST AMERICAN INSURANCE COMPANY'S CLAIM FOR DECLARATORY JUDGMENT AND REQUEST FOR ENTRY OF FINAL, APPEALABLE JUDGMENT**

COME NOW Plaintiff, West American Insurance Company, by and through counsel, Defendant RLI Insurance Company, by and through counsel, and Defendant Agency Services Corp. of Kansas, Inc., by and through their undersigned counsel, and hereby stipulate and agree to West American Insurance Company's dismissal of its claim for Declaratory Judgment against Defendant RLI Insurance Company, without prejudice.

Dismissal of this count will resolve all issues against all parties in light of the prior judgments entered by this Court. Hence, the parties further request that this Court enter a "Final Judgment" incorporating the prior judgments entered by this Court disposing of the claims in this lawsuit and making clear that all claims have been disposed of between all parties and that said Judgment is final for purposes of appeal.

Respectfully submitted,

/s/ David R. Buchanan
David R. Buchanan, MO #29228
**BROWN & JAMES, P.C.**
1900 City Center Square, 1100 Main Street
Kansas City, Missouri 64105-2153
Telephone: (816) 472-0800
Facsimile: (816) 421-1183
E-Mail: dbuchanan@bjoc.com

*ATTORNEYS FOR PLAINTIFF WEST AMERICAN INSURANCE CO.*

/s/ Greg K. Winslett
JOHN E. FRANKE
Missouri State Bar No. 34908
FRANKE SCHULTZ & MULLEN, P.C.
8900 Ward Parkway
Kansas City, Missouri 64114
Telephone: (816) 421-7100
Fax: (816) 421-7915
E-mail: jfranke@fsmlawfirm.com

GREG K. WINSLETT
Texas State Bar No. 21781900
Admitted Pro Hac Vice
QUILLING SELANDER LOWNDS
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
E-mail: gwinslett@qsclpc.com

*ATTORNEYS FOR DEFENDANT*
*RLI INSURANCE COMPANY*

/s/ Kyle N. Roehler
Scott D. Hofer, #44587
Kyle N. Roehler, #51727
FOLAND, WICKENS, EISFELDER, ROPER
HOFER, P.C.
911 Main Street, Ste. 300
Kansas City, Missouri 64105
(816) 472-7474
Fax: (816) 472-6262
shofer@fwpclaw.com
kroehler@fwpclaw.com

***ATTORNEYS FOR DEFENDANT AGENCY***
***SERVICES CORPORATION OF KANSAS, INC.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2011, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system which will send electronic filing to all attorneys of record.

/s/David R. Buchanan

9540282