IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 07-0566-CV-W-ODS |
| RLI INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER DISMISSING ACTION

The Eighth Circuit remanded the case after determining the Court order entered December 30, 2009, was not a final judgment. The only claim the Eighth Circuit identified as still pending was a claim for declaratory judgment asserted by West American against RLI Insurance Company.

The parties have now filed a stipulation of dismissal of West American's claim for declaratory judgment. The Court dismisses this claim without prejudice based on the stipulation. The Court incorporates by reference all prior rulings into this order. There are no causes of action that remain pending in this case.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: November 22, 2011                 UNITED STATES DISTRICT COURT